AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:23-mj-00081 |
| Moises Rojo Velazquez | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 21, 2023 in the county of Union in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with the Intent to Distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Jeffrey Thomas.

☑ Continued on the attached sheet.

/s/ Jeffrey Thomas By Phone
*Complainant's signature*

Jeffrey Thomas, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:55 ~~a.m.~~/p.m.

Date: April 21, 2023

Youlee Yim You
*Judge's signature*

City and state: Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*